UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, ) <br> AND ITS BOARD OF TRUSTEES ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DELHI STEEL CORPORATION, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. 1:07-cv-2126 |

**AFFIDAVIT OF SERVICE OF COMPLAINT
ON DEFENDANTS DELHI STEEL CORPORATION, *et al.***

I hereby affirm that a copy of Plaintiffs' complaint and summons was served on Defendant Delhi Steel Corporation and Defendant Eugene Karl Keppler, on December 3, 2007, via overnight delivery at the following address:

> Delhi Steel Corporation
> Serve: Eugene Karl Keppler
> 142 Wolcott Avenue
> Syracuse, NY 13207

I declare that the foregoing is true and correct.

Date:   December 14, 2007                /s/_____
                                         Marjorie Margolis
                                         SLEVIN & HART, P.C.
                                         1625 Massachusetts Ave., N.W., Suite 450
                                         Washington, D.C.  20036
                                         (202) 797-8700

                                         Paralegal

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia

National Shopmen Pension Fund, et al.

V.

Delhi Steel Corporation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE I

Case: 1:07-cv-02126
Assigned To : Kennedy, Henry H.
Assign. Date : 11/20/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

Delhi Steel Corporation
Serve: Eugene Karl Keppler
142 Wolcott Ave
Syracuse, NY 13207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW
Ste. 450
Washington, DC, 20036
(202) 797-8700

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 NOV 2 0 2007
CLERK                                    DATE

(By) DEPUTY CLERK

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 3, 2007 |
| NAME OF SERVER *(PRINT)* Marjorie Margolis | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Documents sent via overnight mail. Documents received on 12/3/2007 (see attached receipt).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/2007            *Marjorie Margolis*
                Date                    Signature of Server

                Slevin & Hart, P.C.
                1625 Massachusetts Ave, NW, Ste. 450
                Washington, DC, 20036
                *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z F2R 941 01 9330 276 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/03/2007 9:33 A.M. |
| Delivered To: | SYRACUSE, NY, US |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 12/05/2007 4:53 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 30 Nov 2007

### Address Information

| Ship To: | Shipper: | Ship From: |
|---|---|---|
| Delhi Steel Corporation | Slevin & Hart, P.C. | Slevin & Hart, P.C. |
| Eugene Karl Keppler | Slevin & Hart, P.C. | Slevin & Hart, P.C. |
| 202-797-8700 | 2027978700 | 2027978700 |
| 142 Wolcott Ave. | 1625 Massachusetts Ave, NW | 1625 Massachusetts Ave, NW |
| SYRACUSE NY 13207-1123 | Suite 450 | Suite 450 |
| Residential | Washington DC 20036 | Washington DC 20036 |

### Shipment Information

**Service:** UPS Next Day Air
***Guaranteed By:** 10:30 AM, Mon. 3 Dec. 2007

**Fuel Surcharge:**

### Package Information

**Package 1 of 1**
Tracking Number: 1ZF2R9410193302764
Package Type: UPS Letter
Actual Weight: Letter
Billable Weight: Letter
Client Matter Number EX:(XXXX-XXXXX): 0150.00164

### Billing Information

**Bill Shipping Charges to:**       Shipper's Account F2R941

**All Shipping Charges in USD**

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia _____

National Shopmen Pension Fund, et al.

**SUMMONS IN A CIVIL ACTION**

V.

Delhi Steel Corporation, et al.

CASE

Case: 1:07-cv-02126
Assigned To : Kennedy, Henry H.
Assign. Date : 11/20/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

Eugene Karl Keppler
142 Wolcott Ave
Syracuse, NY 13207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW
Ste. 450
Washington, DC, 20036
(202) 797-8700

an answer to the complaint which is served on you with this summons, within \_\_\_\_twenty (20)\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     NOV 20 2007

CLERK                                       DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 3, 2007 |
| NAME OF SERVER (PRINT) Marjorie Margolis | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Documents sent via overnight mail. Documents received on 12/3/2007 (see attached receipt).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/2007
          Date

*Signature of Server* Marjorie Margolis

Slevin & Hart, P.C.
1625 Massachusetts Ave NW, Ste. 450
Washington, DC 20036
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z F2R 941 01 9263 377 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/03/2007 9:33 A.M. |
| Delivered To: | SYRACUSE, NY, US |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 12/10/2007 5:31 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.



# Shipment Receipt

(Keep this for your records.)

**Transaction Date** 30 Nov 2007

### Address Information

| **Ship To:** | **Shipper:** | **Ship From:** |
|---|---|---|
| Eugene Karl Keppler | Slevin & Hart, P.C. | Slevin & Hart, P.C. |
| Eugene Karl Keppler | Slevin & Hart, P.C. | Slevin & Hart, P.C. |
| 202-797-8700 | 2027978700 | 2027978700 |
| 142 Wolcott Ave. | 1625 Massachusetts Ave, NW | 1625 Massachusetts Ave, NW |
| SYRACUSE NY 13207-1123 | Suite 450 | Suite 450 |
| Residential | Washington DC 20036 | Washington DC 20036 |

### Shipment Information

**Service:** UPS Next Day Air
***Guaranteed By:** 10:30 AM, Mon. 3 Dec. 2007

**Fuel Surcharge:**

### Package Information

**Package 1 of 1**
Tracking Number: 1ZF2R9410192633775
Package Type: UPS Letter
Actual Weight: Letter
Billable Weight: Letter
Client Matter Number EX:(XXXX-XXXXX): 0150-00164

### Billing Information

**Bill Shipping Charges to:**       Shipper's Account F2R941

**All Shipping Charges in USD**

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.