**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                              )
**NATIONAL SHOPMEN PENSION FUND,**      )
**AND ITS BOARD OF TRUSTEES**                  )
                                                              )
        **Plaintiffs,**                             )
                                                              )
**v.**                                                    )       Civil Action No. 1:07-cv-2126
                                                              )
                                                              )
**DELHI STEEL CORPORATION,** *et al.*    )
                                                              )
        **Defendants.**                          )
_____)

**NOTICE OF WITHDRAWAL OF AFFIDAVIT OF SERVICE**
**OF COMPLAINT ON DEFENDANTS DELHI STEEL**
**CORPORATION,** *et al.*

To:    Chaim J. Jaffe
        Scolaro, Shulman, Cohen, Fetter & Burstein, P.C.
        Franklin Square
        507 Plum Street, Ste. 300
        Syracuse, NY 13204

      Please take notice that the undersigned withdraws the attached *Affidavit of Service of Complaint on Defendants Delhi Steel Corporation, et al*. In support thereof, Plaintiffs state the following:

      1.    Plaintiffs mailed a copy of the summonses and complaint via overnight delivery to Defendants Delhi Steel Corporation and Eugene Karl Keppler ("Defendants") at 142 Wolcott Avenue, Syracuse, NY, 13207-1123 on December 2, 2007.

      2.    On December 14, 2007, Plaintiffs filed an Affidavit of Service and an executed Return of Service on the basis of a receipt stating that the summonses and complaint for the Defendants were delivered on December 3, 2007.

3.      On December 19, 2007, Plaintiffs learned that Defendants had in fact refused to accept the summons and complaint.  The summons and complaint were subsequently returned to Plaintiffs.

4.      Plaintiffs accordingly request the Clerk to withdraw the Affidavit of Service. Counsel for Delhi Steel Corporation and Eugene Karl Keppler has now agreed to accept service. Plaintiffs intend to serve the Defendants through their counsel.

Respectfully submitted,

Dated: January 4, 2008

  s/_____
Marc Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiffs National Shopmen Pension Fund and its Trustees

DM: 83317

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES<br><br>Plaintiffs,<br><br>v.<br><br>DELHI STEEL CORPORATION, *et al.*<br><br>Defendants. | Civil Action No. 1:07-cv-2126 |

**AFFIDAVIT OF SERVICE OF COMPLAINT**
**ON DEFENDANTS DELHI STEEL CORPORATION, *et al.***

I hereby affirm that a copy of Plaintiffs' complaint and summons was served on Defendant Delhi Steel Corporation and Defendant Eugene Karl Keppler, on December 3, 2007, via overnight delivery at the following address:

>Delhi Steel Corporation
>Serve: Eugene Karl Keppler
>142 Wolcott Avenue
>Syracuse, NY 13207

I declare that the foregoing is true and correct.

Date: December 14, 2007

/s/_____
Marjorie Margolis
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Paralegal