**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                           )
**NATIONAL SHOPMEN PENSION FUND,**         )
**AND ITS BOARD OF TRUSTEES**              )
                                           )
      **Plaintiffs,**         )
                                           )
  v.                               )   Civil Action No. 1:07-cv-2126
                                           )                     (HHK)
                                           )
**DELHI STEEL CORPORATION,** *et al.*      )
                                           )
      **Defendants.**         )
_____)


**CONSENT MOTION TO EXTEND THE TIME**
**TO FILE RESPONSIVE PLEADINGS**

Plaintiffs, the National Shopmen Pension Fund, *et al.* ("Plaintiffs"), through their counsel, move pursuant to Fed. R. Civ. P. 6(b) for an order extending the time within which Defendants Delhi Steel Corporation and Eugene Karl Keppler ("Defendants") may file responsive pleadings in this case. Parties have agreed that Defendants shall have an additional 30 days from this date, until May 8, 2008, to file an answer to Plaintiffs' complaint.

Defendants requested extension from Plaintiffs' counsel and Plaintiffs' counsel agreed to an extension. This motion is being filed before the expiration of the period originally prescribed.

DATED this 8th day of April, 2008.

                                                Respectfully submitted,

                                                  /s/_____
                                                Marc Rifkind, Esq. (D.C. Bar No. 416183)
                                                SLEVIN & HART, P.C.
                                                1625 Massachusetts Avenue, NW, Suite 450
                                                Washington, DC   20036

202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiffs National Shopmen
Pension Fund and its Trustees

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
**NATIONAL SHOPMEN PENSION FUND,**    )
**AND ITS BOARD OF TRUSTEES**              )
                                                          )
       **Plaintiffs,**                                 )
                                                          )
  v.                                                    )   **Civil Action No. 1:07-cv-2126**
                                                          )                              **(HHK)**
                                                          )
**DELHI STEEL CORPORATION,** *et al.*      )
                                                          )
       **Defendants.**                             )
_____)

**ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS**

Upon consideration of the Consent Motion filed by the Plaintiffs, National Shopmen Pension Fund, *et al.* pursuant to Fed. R. Civ. P. 6(b) for an order extending the time within which Defendant may file responsive pleadings to and including May 8, 2008, it is hereby

ORDERED that the Consent Motion is GRANTED and the Defendant Delhi Steel Corporation and Defendant Eugene Karl Keppler shall file responsive pleadings on or before May 8, 2008.

ENTERED THIS _____ day of _____, 2008.

 

                                                                   _____
                                                                   The Honorable Henry H. Kennedy
                                                                  United States District Court for
                                                                    the District of Columbia