# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES<br><br>**Plaintiffs,**<br><br>v.<br><br>DELHI STEEL CORPORATION, *et al.*<br><br>**Defendants.** | Civil Action No. 1:07-cv-2126<br>(HHK) |

## PRAECIPE TO DISMISS WITHOUT PREJUDICE

The Clerk of the Court will please dismiss the above captioned case without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(I). No responsive pleading has been filed by Defendant Delhi Steel Corporation in this case.

                                           Respectfully submitted,

Dated: July 7, 2008                /s/ Marc Rifkind
                                          Marc H. Rifkind (D.C. Bar No. 416183)
                                          SLEVIN & HART, P.C.
                                          1625 Massachusetts Avenue, NW, Suite 450
                                          Washington, DC  20036
                                          202-797-8700  (Telephone)
                                          202-234-8231  (Facsimile)

                                          Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of July, 2008, a copy of the foregoing Praecipe to Dismiss Without Prejudice, was served via first-class mail, postage prepaid, upon the following:

Chaim J. Jaffe
 Scolaro, Shulman, Cohen, Fetter & Burstein, P.C.
Franklin Square
507 Plum Street, Ste. 300
Syracuse, NY 13204

                /s/ Marc Rifkind
                 Marc H. Rifkind

122390v1