**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND, AND ITS BOARD OF TRUSTEES** ) ) ) ) **Plaintiffs,** ) ) v. ) ) ) **DELHI STEEL CORPORATION,** *et al.* ) ) **Defendants.** ) | Civil Action No. 1:07-cv-2126 (HHK) |

**PRAECIPE TO DISMISS WITHOUT PREJUDICE**

The Clerk of the Court will please dismiss the above captioned case against Defendants Delhi Steel Corporation and Eugene Karl Keppler without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(I). No responsive pleading has been filed by either Delhi Steel Corporation or Eugene Karl Keppler in this case.

Respectfully submitted,

Dated: July 9, 2008

/s/ Marc Rifkind
Marc H. Rifkind (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of July, 2008, a copy of the foregoing Praecipe to Dismiss Without Prejudice, was served via first-class mail, postage prepaid, upon the attorney for Defendants Delhi Steel Corporation and Eugene Karl Keppler at the following address:

Chaim J. Jaffe
 Scolaro, Shulman, Cohen, Fetter & Burstein, P.C.
Franklin Square
507 Plum Street, Ste. 300
Syracuse, NY 13204

/s/ Marc Rifkind
  Marc H. Rifkind

122390v1